**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **ADRIANA GAVILAN SANCHEZ,** | * | |
| | * | |
| **Petitioner,** | * | |
| | * | **Civ. No.: MJM-26-2346** |
| **v.** | * | |
| | * | |
| **VERNON LIGGINS,** *et al.*, | * | |
| | * | |
| **Respondents.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \*

**ORDER**

For the reasons stated on the record during the hearing on July 15, 2026, and those explained in the following decisions, which this Court finds persuasive: *Alberto C.M. v. Noem*, 817 F. Supp. 3d 735 (D. Minn. 2026); *Hector J.A.S. v. Shea*, No. CV 26-2242 (JRT/DLM), 2026 WL 1243500 (D. Minn. May 6, 2026); *Espinoza-Avalos v. Blanche*, No. 8:26CV191, 2026 WL 1396593 (D. Neb. May 19, 2026); *Juan J.M.E. v. Easterwood*, No. 26-CV-2270-KMM-EMB, 2026 WL 1746672 (D. Minn. June 8, 2026), *report and recommendation adopted sub nom. Juan M.E. v. Easterwood*, No. 26-CV-2270 (KMM/EMB), 2026 WL 1747756 (D. Minn. June 17, 2026); *Venancio P.J. v. Blanche*, No. 26-CV-2740 (ECT/JFD), 2026 WL 1862252 (D. Minn. June 29, 2026); and *Singh v. Bondi*, No. CIV-26-43-J, 2026 WL 483651 (W.D. Okla. Feb. 12, 2026), *report and recommendation adopted*, No. CIV-26-43-J, 2026 WL 483482 (W.D. Okla. Feb. 20, 2026); it is by the United States District Court for the District of Maryland hereby ORDERED that:

1. Petitioner Adriana Gavilan Sanchez's ("Petitioner") Amended Petition for a Writ of Habeas Corpus (ECF No. 10) is GRANTED as to Count One and the Fifth Amendment claim asserted in Count Two;

2.  Respondents are DIRECTED to release Petitioner on or before **July 15, 2026, at 5:00 p.m.**;

3.  The parties SHALL FILE a joint status report by **Monday, July 20, 2026**, addressing compliance with this Order and each party's position as to whether this matter should be closed; and

4.  The Court SHALL RETAIN jurisdiction of this matter to enforce compliance with this Order.

It is so ORDERED this 15th day of July, 2026.

_____
Matthew J. Maddox
United States District Judge